IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SCM GROUP NORTH AMERICA, INC. and AKINS MACHINERY, INC., <br><br> Plaintiffs/Counterclaim-Defendants <br><br> v. <br><br> CHEBLI ARCHITECTURAL WOODWORKING, INC., <br><br> Defendant/Counterclaim-Plaintiff | Civil Action File Number: <br> 1:16-cv-04447-MHC |

## ~~PROPOSED~~ ORDER GRANTING MOTION TO STAY AND RESET DISCOVERY AND INCORPORATED BRIEF IN SUPPORT

This matter comes before the Court on Plaintiffs' Motion to Stay and Reset Discovery and Incorporated Brief in Support ("Motion"), filed on October 20, 2017. In the Motion, Plaintiffs have noted that the Parties have been engaging in threshold motions practice, including various motions to dismiss the claims at issue in this case. Plaintiffs have also stated that, in light of these dispositive motions, the Parties have not yet engaged in discovery, have not conferred pursuant to Rule 26(f), and have not filed initial discovery. Plaintiffs seek a temporarily stay of discovery in this action to allow time for

the Court to rule on their pending Motion to Partially Dismiss Defendant's First Amended Counterclaims. Following a ruling on this dispositive motion, Plaintiffs request that the Court lift the discovery stay and reset the discovery period. Upon review of the Motion, and for good and sufficient cause shown, the Court GRANTS the Motion, and ORDERS and follows:

1. Discovery in this action is temporarily STAYED until the Court rules on Plaintiffs' Motion to Partially Dismiss Defendant's First Amended Counterclaims ("Partial Motion to Dismiss")

2. Discovery in this action will be RESET once the Court rules on the Partial Motion to Dismiss. Discovery in this action shall recommence on the date the Court issues its ruling on the Partial Motion to Dismiss.

3. The Parties shall have **sixteen days** following the Court's ruling on the Partial Motion to Dismiss to confer pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26.

4. The Parties shall have **thirty days** following the Court's ruling on the Partial Motion to Dismiss to file their Joint Preliminary Report and Discovery Plan and to file their Initial Disclosures.

(Signature on following page)

SO ORDERED this 7th day of ~~October~~ November, 2017

*Mark H. Cohen*

THE HONORABLE MARK H. COHEN
District Judge for the District Court
For the Northern District of Georgia
Atlanta Division